THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Domernic L. Caldwell, 
 Appellant. 
 
 
 

Appeal From York County
  Lee S. Alford, Circuit Court 
 Judge

Unpublished Opinion 
 No. 2004-UP-292
 Submitted February 23, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, of Columbia; and Solicitor 
 Thomas E. Pope, of York, for Respondent.
 
 
 

PER 
 CURIAM:  Appellant pled guilty to second-degree burglary, criminal conspiracy, 
 two counts of armed robbery, and possession of a firearm, and he was sentenced.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Appellants counsel 
 attached a petition to be relieved.   Appellant did not file a pro se 
 response.  
After 
 a review of the record as required by Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we hold there are no directly appealable issues that are arguable on their merits.  
 Accordingly, we dismiss this appeal and grant counsels petition to be relieved. [1]     
APPEAL 
 DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.   
 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.